UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Hassan Shabazz Berry         Docket No. 5:14-CR-290-1D

## Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hassan Shabazz Berry, who, upon an earlier plea of guilty to Possession With Intent to Distribute 500 Grams or More of Cocaine, was sentenced by the Honorable R. Bryan Harwell, District of South Carolina, on April 28, 2008, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Hassan Shabazz Berry was released from custody on June 27, 2014, at which time the term of supervised release commenced.

On December 17, 2014, jurisdiction in this case was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 12, 1992, the defendant was convicted of Attempted Rape in Arlington County Circuit Court, Arlington, Virginia. Based upon this previous conviction, we believe a psycho-sexual evaluation would be appropriate to address any possible treatment needs for this individual.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/Michael C. Brittain                /s/Linwood E. King
Michael C. Brittain                   Linwood E. King
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 New Bern Avenue, Room 610
                                      Raleigh, NC 27601-1441
                                      Phone: 919-861-8682
                                      Executed On: February 28, 2017

Hassan Shabazz Berry
Docket No. 5:14-CR-290-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___1___ day of ___March___, 2017, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Court Judge